UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE WILLIAMS-LAWSON,

                Plaintiff,

-v-

SUBWAY SURFACE SUPERVISORS ASSOCIATION, MICHAEL CARRUBE and WILLIAMS TORRES,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 8544 (PGG) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on November 2, 2020, with Defendant's Answer due on January 4, 2021. (ECF Nos. 10–11). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **January 15, 2021** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul G. Gardephe, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **February 5, 2021.**

The Clerk of Court is directed to mail a copy of this order to Plaintiff at the below address.

Dated:     New York, New York         SO ORDERED
            January 5, 2021

                                                        _____
                                                        SARAH L. CAVE
                                                       **United States Magistrate Judge**

Mail To:     Yvette Williams-Lawson
              169-11 144th Street
              Jamaica, NY 1143