UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE WILLIAMS-LAWSON,

                Plaintiff,

-v-

SUBWAY SURFACE SUPERVISORS ASSOCIATION,
MICHAEL CARRUBE and WILLIAMS TORRES,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 8544 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Defendants' letter motion requesting that the Court vacate its January 5, 2021 Order and requesting an extension of time to submit a reply in further support of their Motion to Dismiss is GRANTED. (ECF No. 19).

The Court VACATES its January 5, 2021 Order directing Plaintiff to initiate default. (ECF No. 12). Plaintiff shall have until **February 19, 2021** to submit her opposition to the Motion to Dismiss. Defendants shall have until **March 5, 2021** to submit a reply.

The Clerk of Court is directed to close ECF No. 19 and to mail a copy of this order to Plaintiff at the below address.

Dated:     New York, New York         SO ORDERED
            February 5, 2021

                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**

Mail To:     Yvette Williams-Lawson
              169-11 144th Street
              Jamaica, NY 1143