UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE WILLIAMS-LAWSON,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 20 Civ. 8544 (PGG) (SLC)

SUBWAY SURFACE SUPERVISORS ASSOCIATION,
MICHAEL CARRUBE and WILLIAMS TORRES,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge:

      The Clerk of Court is respectfully directed to mail to Plaintiff, at the below address, copy of the Court's June 21, 2021 Report and Recommendation (the "R&R" (ECF No. 27)). As set forth in the R&R, Plaintiff shall have fourteen (14) days (including weekend and holidays) from service of the R&R to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. See also Fed. R. Civ. P. 6(a), (d) (adding three additional days when service is made under Fed. R. Civ. P. 5(b)(2)(C), (D) or (F)). Any requests for an extension of time for filing objections must be addressed to the Honorable Paul G. Gardephe.

      The Clerk of Court is directed to mail a copy of this order with the R&R.

Dated:      New York, New York          SO ORDERED.
            July 20, 2021

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**

Mail To:     Yvette Williams-Lawson
            169-11 144th Street
            Jamaica, NY 1143