UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YVETTE WILLIAMS-LAWSON,

                    Plaintiff,

-against-

SUBWAY SURFACE SUPERVISORS
ASSOCIATION; MICHAEL CARRUBE,
President; WILLIAM TORRES, Secretary,

                    Defendants.
-----------------------------------------------------------X

20 CIVIL 8544 (PGG)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 20, 2021, the R&R (Dkt. No. 27) is adopted, and Defendants are granted summary judgment on Plaintiff's Title VII and Section 1981 claims. (See Dkt. No. 14) Plaintiff's NYSHRL and NYCHRL claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       September 20, 2021

                                                      RUBY J. KRAJICK

                                                      Clerk of Court

BY: _____
                                                      **Deputy Clerk**